Prepared by State Reporter from Appeal Papers

DONNA ABT, Respondent, *v.* BUFFALO AND ERIE RAILWAY COMPANY, Appellant.

HOWARD G. ABT, Respondent, *v.* BUFFALO AND ERIE RAILWAY COMPANY, Appellant.

*Negligence — railroads — passengers — injury to passenger through collision of two cars.*

*Abt* v. *Buffalo & Erie Ry. Co.* (2 cases), 218 App. Div. 814, affirmed.

(Argued June 21, 1927; decided July 20, 1927.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second, by the husband of the plaintiff in the first action, was to recover for loss of services and expense arising from her injuries. The injuries were received as the result of a collision between the car in which plaintiff was riding as a passenger and another car, both belonging to defendant.

*Thomas R. Wheeler* and *William M. Fay* for appellant.

*Dana L. Spring* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.

---

REBECCA KOSSCWER, as Administratrix of the Estate of ISAAC KOSSOWER, Deceased, Respondent, *v.* KEREN CORPORATION, Appellant.

*Negligence — elevators — death from fall down elevator shaft.*

*Kossower* v. *Keren Corp.*, 219 App. Div. 780, affirmed.

(Argued June 21, 1927; decided July 20, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered February 23, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate some twenty minutes after delivering meat to one of defendant's tenants on the third floor of its apartment house was found dead at the bottom of the elevator shaft. It was shown that if the doors to the shaft were properly closed they could not be opened from the outside.

*William Dike Reed* and *William B. Shelton* for appellant.
*Alfred M. Bailey* and *Moses Feltenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.

---

CHARLES F. BALDWIN et al., Respondents, *v.* HENRY W. SCHOONMAKER et al., Appellants.

*Appeal — order of Appellate Division restraining arrest on execution against person pending appeal — appeal to Court of Appeals dismissed.*

*Baldwin* v. *Schoonmaker*, 220 App. Div. 747, appeal dismissed.
(Argued June 22, 1927; decided July 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1927, which granted a motion by defendants for an order restraining their arrest on an execution against the person pending the hearing and determination of an appeal to the Appellate Division.

*James M. E. O'Grady* and *James D. Harris* for appellants.
*Paul Folger* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.